UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAKEBA DUKES-GIBBS,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 20, et al,<br><br>Defendants. | Case No. 1:21-cv-02392 |

**STIPULATION OF DISMISSAL**
**[Fed.R.Civ.P. 41(a)(1)(A)(i)]**

Having reached an agreement to settle this matter, Plaintiff Makea Dukes-Giibs and Defendants American Federation of State, County and Municipal Employees District Council 20 and American Federation of State, County and Municipal Employees, AFL-CIO, by and through their respective counsel, jointly stipulate to dismissal with prejudice of the Complaint in this matter, with each party to bear her or its own costs and attorneys' fees, except as provided for in the settlement agreement.

Dated:  November 29, 2021

By:   /s/ *Matthew T. Sutter*
Matthew T. Sutter, DC Bar No. 477910
Sutter & Terpak, PLLC
7540A Little River Turnpike, First Floor
Annandale, VA 22003

1

Telephone: 703-256-1800
Facsimile: 703-991-6116
Email: matt@sutterandterpak.com

*Attorney for Plaintiff*
Makeba Dukes-Gibbs

Dated:  November 17, 2021         By:   /s/ *Joni S. Jacobs*
Joni S. Jacobs, DC Bar No. 493846
Murphy Anderson PLLC
1401 K St. NW, Suite 300
Washington, DC 20005
Telephone: 202-223-2620
Facsimile: 202-223-2628
Email: jjacobs@murphypllc.com

*Attorney for Defendant*
American Federation of State, County and Municipal Employees District Council 20

Dated:  November 17, 2021         By:   /s/ *Andrew D. Roth*
Andrew D. Roth, DC Bar No.414038
Bredhoff & Kaiser P.L.L.C.
805 15th St. NW, Suite 1000
Washington, DC 20005
Telephone: 202-842-2600
Facsimile:  202-842-1888
Email:  aroth@bredhoff.com

*Attorney for Defendant*
American Federation of State, County and Municipal Employees, AFL-CIO